# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
Respondent.

No. 68898

FILED

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal challenging a district court order denying appellant legal standing to join in a forfeiture action. Appellant represents that the challenged order was entered on August 20, 2015. However, the district court minutes do not show any order entered or ruling made on that date. Moreover, it appears that appellant previously appealed a district court order denying his motion to join in the subject forfeiture action, and this court dismissed the appeal due to appellant's lack of standing to appeal that ruling. *See Bacon v. Las Vegas Metropolitan Police Department*, Docket No. 60469 (Order Dismissing Appeal, August 8, 2014). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-37434

cc: Hon. Douglas Smith, District Judge
Percy Lavae Bacon
Clark County District Attorney
Eighth District Court Clerk